**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05M97A** **DATE: July 26, 2005**

**TITLE: USA v. Jose Delores Marranzini**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Jim Leavey, AUSA
Kevin Fitzgerald, Esq.
Charleen Tryhubczak, Pretrial Services
Ana-Cecilia Rosado, Interpreter

**PROCEEDINGS:**

Initial Appearance and Detention Hearing:

Court reads charge and rights.
Deft understands charge and rights.
Waiver of Preliminary Exam
Court questions Deft
Deft understands rights and waiver.
Court accepts waiver.
Govt requests detention.
No argument from Deft.
Deft remanded to custody.