IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 95T |
| | ) | CR. No. |
| v. | ) | Violation of |
| | ) | 18 U.S.C. § 1542 |
| | ) | |
| JOSE DELORES MARRANZINI | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges that:

On or about January 30, 2003, in the District of Rhode Island, the Defendant, JOSE DELORES MARRANZINI, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was Jose Miguel Cruz and that he was a citizen of the United States, which statements he knew to be false.

In violation of 18 U.S.C. § 1542.

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE FILED: 8/24/05