**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-95T** **DATE: August 31, 2005**

**TITLE: USA v. JOSE DELORES MARRANZINI**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Jim Leavey, AUSA
Kevin Fitzgerald, Esq.
Maureen Bradley, Pretrial Services
Ana-Cecelia Rosado, Spanish Interpreter

**PROCEEDINGS:**

Arraignment:

Court informs Deft of rights and charge.
Deft understands rights and charge.
Court reads indictment.
Deft pleads not guilty.
Arraignment order entered by Court.
Plea agreement to be filed today.
No change in detention status. No argument.
Deft remanded to custody.
Govt to file motion to correct name from Delores to Dolores.
Deft agrees.