AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA

V.

Jose Delores Marranzini

## APPEARANCE

Case Number: CR05-95T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Delores Marranzini

I certify that I am admitted to practice in this court.

8-31-05
Date

Signature

Kevin J. Fitzgerald 5775
Print Name Bar Number

10 WEYBOSSET STREET Suite 300
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number