**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-95T** **DATE**: September 22, 2005
**TITLE OF CASE:** USA v. Jose Dolores Marranzini

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **Ana-Cecilia Rosado**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: James Leavey, AUSA

Defendant: Kevin J. Fitzgerald, Esq.

---

**PROCEEDINGS:** **Change of Plea**

All counsel of record present. Defendant present. Government addresses pending Motion to Correct Defendant’s Name. Court grants motion. Government summarizes charge, elements of proof, maximum potential penalties and terms of the plea agreement. Defendant sworn. Court questions defendant. Court reviews rights that defendant gives up by entering a guilty plea and the difference between a guilty plea and a not guilty plea. Government summarizes facts if would prove at trial. Court finds defendant competent and capable of entering an informed plea. Court finds that defendant understands charge, maximum potential penalties and rights that he gives up by entering a guilty plea. Court finds plea voluntary and that there is a factual basis for said plea. Court accepts defendant’s plea of guilty as to count 1 and finds him guilty. Sentencing set for Friday, January 13, 2005 at 11:00 a.m.