IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-095T |
| vs. | ) | |
| | ) | |
| JOSE DOLORES MARRANZINI | ) | |

FILED
SEP 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO CORRECT DEFENDANT'S NAME**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves to correct defendant's middle name listed in the above-captioned indictment. Attorney for the defendant advises that his client's middle name is Dolores instead of Delores, as listed in the indictment and that he joins with the government in this motion to correct the defendant's name.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

GRANTED
Ernest C. Torres
Chief, US District Judge
9/22/05

## CERTIFICATION OF SERVICE

I hereby certify that on this 9th day of September, 2005, I served by first class mail, postage prepaid, a copy of the within Motion to Correct Defendant's Name, to the following:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

[signature]