UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0095T |
| | ) | |
| JOSE DOLORES MARRANZINI | ) | |

MOTION TO EXPEDITE SENTENCING

Now comes the defendant Jose Dolores Marranzini, by and through his counsel, and moves this Honorable Court to expedite the sentencing in this matter. In support of this motion counsel states that Mr. Marranzini's presentence report has been completed and is acceptable to the defendant. The advisory guideline range is 1 to 7 months of incarceration. Mr. Marranzini has already been in custody for approximately four months.

Wherefore, the defendant respectfully requests that his sentencing be scheduled as soon as is convenient with the Court's schedule. The Government has no objection to this request.

Respectfully submitted
Jose Dolores Marranzini
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I mailed a copy of this motion, postage pre-paid, to James Leavey, Assistant United States Attorney; Kristin A. Mattias, USPO, on the 1st day of November, 2005.